1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.      )      NO.  C 05 2880 EMC
                                        )
12                      Plaintiffs,     )      ORDER TO CONTINUE CASE
                                        )      MANAGEMENT CONFERENCE
13            vs.                       )
                                        )
14  A D AUTOMOTIVE DISTRIBUTORS, INC.   )
    etc.                                )
15                                      )
                                        )
16                      Defendant.      )
    _____
17
              IT IS ORDERED that the Case Management Conference in this
18                                   January 18, 2006 at 1:30 p.m.
    case set for November 30, 2005 be continued to ~~the date and time of~~
19
    ~~the motion for default judgment to be filed by plaintiff.~~
20
    Dated: __11/23/05_____        _____
21                                     Judge Edward M. Chen

22

23

24

25

26

27

28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE