UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | No. C-05-2880 SC |
| Plaintiff, | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF <u>MAGISTRATE JUDGE</u> |
| v. | ) ) | |
| AD AUTOMOTIVE DISTRIBUTORS INC., | ) ) | |
| Defendant. | ) ) | |

    The Court ADOPTS the Report and Recommendation of Magistrate Judge Edward M. Chen GRANTING Plaintiff's motion for entry of judgment by default as to Plaintiff's National Labor Relations Act claim and Employee Retirement Income Security Act claim and AWARDING Plaintiff $3,482.51 in damages, attorney's fees and costs.

    IT IS SO ORDERED.

Dated: June 12, 2006

*Samuel Conti*
UNITED STATES DISTRICT JUDGE